**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| NATHAN COTTRILL,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>TRICAM INDUSTRIES, INC.,<br><br>　　　　Defendant. | CASE NO. 5:22-CV-00072-AMK<br><br>MAGISTRATE JUDGE AMANDA M. KNAPP<br><br>**<u>JUDGMENT ENTRY</u>** |

　　　For the reasons set forth in the Memorandum Opinion and Order contemporaneously filed with this Judgment Entry, Defendant's Motion for Summary Judgment is **GRANTED**, and Plaintiff's Complaint is **DISMISSED WITH PREJUDICE**.  This case is closed.

IT IS SO ORDERED.

Dated: March 14, 2024

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Amanda M. Knapp*
　　　　　　　　　　　　　　　　　　　　　　　AMANDA M. KNAPP
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE